■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEREK SMITH, Appellant.

The defendant contends that the testimony of an eyewitness to the crime was not credible and that therefore his guilt was not proven beyond a reasonable doubt. We reject this contention. Credibility is a matter to be determined by the trier of the facts *(People v Malizia,* 62 NY2d 755, 757, *cert denied* 469 US 932; *People v Parks,* 41 NY2d 36, 47). Our review of the record leads us to conclude that the evidence adduced at the trial was sufficient in quantity and quality to support the verdict *(see, People v Malizia, supra; cf. People v Restrepo,* 93 AD2d 825; *People v Fillion,* 66 AD2d 932).

We reject the defendant's contention that two instances of prosecutorial misconduct during the summation denied him a fair trial *(see, People v Boute,* 111 AD2d 398). Mangano, J. P., Weinstein, Lawrence and Eiber, JJ., concur.